```
 1  CHARLES F. PREUSS (State Bar No. 45783)
 2  BRENDA N. BUONAIUTO (State Bar No. 173919)
    DRINKER BIDDLE & REATH LLP
 3  50 Fremont Street, 20th Floor
    San Francisco, California 94105
 4  Telephone: (415) 591-7500
    Facsimile: (415) 591-7510
 5
    Attorneys for Defendants
 6  ORTHO-MCNEIL PHARMACEUTICAL, INC.
    and MCKESSON CORPORATION
```

**ORIGINAL FILED**

JUN 29 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

**EDL**

JENIFER ARGENBRIGHT, an individual; BERLINE BROWN, an individual; JENNIFER BURGOS, an individual; TAMANDA CLAY, an individual; TAMEKIA COOPER, an individual; KIYANA DORSEY, an individual; VALENCIA DOWDY, an individual; PATRICIA EMBURY, an individual; TENILLE EVANS, an individual; MARTHA GREENWALT, an individual; BRANDY HEBERT, an individual; YOLANDA HENDERSON, an individual; RAINA HENNING, an individual; AMY HERNANDEZ, an individual; CARRISA HODGES, an individual; ALIKE JASON, an individual; CHRISTIE JENNINGS, an individual; KAYLA JOHNSON, an individual; REBECCA KLAHS, an individual; NANCY LAMPKA, an individual; TASHA LEAVY, an individual; PAMELA LUCAS, an individual; KATIE MARTIN, an individual; SHARON MASON, an individual; CALLENA MAUPIN, an individual; MICHELLE MCMILLIAN, an individual; DAYANITA MEDJESKY, an individual; CRYSTAL MEYER, an individual; TONI MEZA, an individual; STEPHANY MILLER, an individual; KATHERINE MOCZULSKI, an individual; BETHANY MORGAN, an individual; ANA PADILLA, an individual; BRENDA B. PEREZ, an individual; DIANA PLUMMER, an individual; LATOSHA PREVOST, an individual; JULIE ROBLES, an individual; SYLVIA SANDOVAL, an individual; SHANELL

Case No.  07 3423

**DECLARATION OF BRENDA N. BUONAIUTO IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) [DIVERSITY]**

| | |
|---|---|
| 1 | |
| 2 | SHEARD, an individual; SHERI SIMS, an individual; HELEN SMITH, an individual; JORETH SPANN, an individual; KAMIKA SPENCER, an individual; HEATHER SPURRIER, an individual; REBECCA STAHL, an individual; KATIE TANIS, an individual; ANTONIA THOMAS, an individual; BRITNEY VALEAD, an individual; ERICA VALENTIN, an individual; KRISTIN WALSH-MONTANEZ, an individual; EMILIA WILLIAMS, an individual; REBECCA WORKMAN, an individual; MELISSA ZALES, an individual, |
| 9 | Plaintiffs, |
| 10 | v. |
| 11 | ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP. and DOES 1-500, inclusive, |
| 13 | |
| 14 | Defendants. |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

385874v1

DECLARATION IN SUPPORT OF REMOVAL                              CASE NO.

I, Brenda N. Buonaiuto, declare:

1. I am an attorney admitted to practice before all courts of the State of California and am Counsel with Drinker Biddle & Reath, LLP, attorneys for defendants Ortho-McNeil Pharmaceutical, Inc. ("OMP") and McKesson Corporation ("McKesson") in this action. I make this Declaration based on my personal knowledge, in support of OMP's removal of *Jenifer Argenbright, et al. v. Ortho-McNeil Pharmaceutical, Inc., McKesson Corp., and Does 1-500, inclusive*, Case Number CGC-07-463331 to this Court. I would and could competently testify to the matters stated in this Declaration if called as a witness.

2. A true and accurate copy of the Complaint in this action is attached as **Exhibit A**. The Complaint is the only state court pleading known to OMP and to McKesson to have been filed in this action.

3. OMP was and is a corporation existing under the laws of the State of Delaware, with its principal place of business in New Jersey. OMP was served with the Summons and Complaint in this action on June 12, 2007.

4. McKesson was served with the Summons and Complaint in this action on June 20, 2007. McKesson consents to removal of this action to this Court.

5. OMP will file a notice of the filing of this Notice of Removal and Removal in the San Francisco County Superior Court and will serve plaintiffs' counsel with a copy.

6. On March 1, 2006, the Judicial Panel on Multidistrict Litigation ("JPML") created MDL 1742, *In re: Ortho Evra Products Liability Litigation*, ruling that all federal actions involving allegations of injury or death from use of the prescription drug Ortho Evra® be centralized for pre-trial purposes in the United States District Court for the Northern District of Ohio, before the Honorable David A. Katz, Case Number 1:06-CV-40000-DAK. To date, over 500 cases have been transferred to MDL 1742, and transfers of additional "tag-along" actions are pending.

7. Attached as **Exhibit B** is a true and accurate copy of the Declaration of

Greg Yonko, Senior Vice President – Purchasing, McKesson Corporation, filed in *Abel, Theresa, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al.*, United States District Court, Northern District of California, Case No. C 06 7551 SBA, on December 8, 2006.

8. Attached as **Exhibit C** is a true and accurate copy of the Slip Opinion denying the plaintiffs' motion to remand in *In re Phenylpropanolamine ("PPA") Products Liability Litigation*, MDL No. 1407, Docket No. C02-423R, in the United States District Court for the Western District of Washington (Seattle), dated November 27, 2002.

9. Attached as **Exhibit D** is a true and accurate copy of the Slip Opinion denying the plaintiffs' motion to remand in *Barlow, et al. v. Warner-Lambert Co., et al.*, Case No. CV 03-1647-R(RZx), in the United States District Court for the Central District of California (Western Division), dated April 28, 2003.

10. Attached as **Exhibit E** is a true and accurate copy of the Slip Opinion denying the plaintiffs' motion to remand in *Skinner, et al. v. Warner-Lambert Co., et al.*, Case No. CV 03-1643-R(RZx), in the United States District Court for the Central District of California (Western Division), dated April 28, 2003.

11. I have reviewed reports of verdicts and settlements in cases in this judicial district, brought by plaintiffs claiming serious injuries from the use of prescription drugs or medical devices. Given the similarity between the injuries alleged in those cases and plaintiffs' claims, it is reasonably believed that if plaintiffs succeeded in proving their allegations in this action, they would each recover in excess of $75,000, exclusive of interest and costs. Plaintiffs claiming substantially similar injuries in the Ortho Evra® MDL have specifically alleged that the amount in controversy in their respective actions exceeds $75,000, exclusive of interest and costs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 29, 2007.

Brenda N. Buonaiuto