1  CHARLES F. PREUSS (State Bar No. 45783)
   BRENDA N. BUONAIUTO (State Bar No. 173919)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   ORTHO-MCNEIL PHARMACEUTICAL, INC.
6  and MCKESSON CORPORATION

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 JENIFER ARGENBRIGHT, an individual;    Case No.
   BERLINE BROWN, an individual;
12 JENNIFER BURGOS, an individual;        C 07 3423 EDL
   TAMANDA CLAY, an individual;
13 TAMEKIA COOPER, an individual;         DISCLOSURE STATEMENT OF
   KIYANA DORSEY, an individual;          MCKESSON CORPORATION
14 VALENCIA DOWDY, an individual;         [F.R.C.P. 7.1]
   PATRICIA EMBURY, an individual;
15 TENILLE EVANS, an individual;
   MARTHA GREENWALT, an individual;
16 BRANDY HEBERT, an individual;
   YOLANDA HENDERSON, an individual;
17 RAINA HENNING, an individual; AMY
   HERNANDEZ, an individual; CARRISA
18 HODGES, an individual; ALIKE JASON,
   an individual; CHRISTIE JENNINGS, an
19 individual; KAYLA JOHNSON, an
   individual; REBECCA KLAHS, an
20 individual; NANCY LAMPKA, an
   individual; TASHA LEAVY, an individual;
21 PAMELA LUCAS, an individual; KATIE
   MARTIN, an individual; SHARON
22 MASON, an individual; CALLENA
   MAUPIN, an individual; MICHELLE
23 MCMILLIAN, an individual; DAYANITA
   MEDJESKY, an individual; CRYSTAL
24 MEYER, an individual; TONI MEZA, an
   individual; STEPHANY MILLER, an
25 individual; KATHERINE MOCZULSKI,
   an individual; BETHANY MORGAN, an
26 individual; ANA PADILLA, an individual;
   BRENDA B. PEREZ, an individual;
27 DIANA PLUMMER, an individual;
   LATOSHA PREVOST, an individual;
28

| | |
|---|---|
| 1 | JULIE ROBLES, an individual; SYLVIA SANDOVAL, an individual; SHANELL SHEARD, an individual; SHERI SIMS, an individual; HELEN SMITH, an individual; JORETH SPANN, an individual; KAMIKA SPENCER, an individual; HEATHER SPURRIER, an individual; REBECCA STAHL, an individual; KATIE TANIS, an individual; ANTONIA THOMAS, an individual; BRITNEY VALEAD, an individual; ERICA VALENTIN, an individual; KRISTIN WALSH-MONTANEZ, an individual; EMILIA WILLIAMS, an individual; REBECCA WORKMAN, an individual; MELISSA ZALES, an individual, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Plaintiffs, |
| 10 | |
| 11 | v. |
| 12 | ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP. and DOES 1-500, inclusive, |
| 13 | |
| 14 | Defendants. |

1  Pursuant to Federal Rule of Civil Procedure. 7.1, defendant McKesson
2  Corporation submits the following disclosure statement: There is no parent corporation
3  of McKesson and no publicly held corporation owns 10% or more of its stock.
4
5  Dated: June 29, 2007                    DRINKER BIDDLE & REATH
6
7                                          /s/ Brenda N. Buonaiuto
8                                          BRENDA N. BUONAIUTO
                                            Attorneys for Defendants
9                                          ORTHO-MCNEIL PHARMACEUTICAL,
                                            INC. and MCKESSON CORPORATION
10