1  CHARLES F. PREUSS (State Bar No. 45783)
   BRENDA N. BUONAIUTO (State Bar No. 173919)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   ORTHO-MCNEIL PHARMACEUTICAL, INC.
6  and MCKESSON CORPORATION

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11 | JENIFER ARGENBRIGHT, an individual; | Case No.
12 | BERLINE BROWN, an individual; | C 07 3423
   | JENNIFER BURGOS, an individual;
13 | TAMANDA CLAY, an individual; | **DISCLOSURE STATEMENT OF**
   | TAMEKIA COOPER, an individual; | **ORTHO-MCNEIL**
14 | KIYANA DORSEY, an individual; | **PHARMACEUTICAL, INC.**
   | VALENCIA DOWDY, an individual; | **[F.R.C.P. 7.1]**
15 | PATRICIA EMBURY, an individual;
   | TENILLE EVANS, an individual;
16 | MARTHA GREENWALT, an individual;
   | BRANDY HEBERT, an individual;
17 | YOLANDA HENDERSON, an individual;
   | RAINA HENNING, an individual; AMY
18 | HERNANDEZ, an individual; CARRISA
   | HODGES, an individual; ALIKE JASON,
19 | an individual; CHRISTIE JENNINGS, an
   | individual; KAYLA JOHNSON, an
20 | individual; REBECCA KLAHS, an
   | individual; NANCY LAMPKA, an
21 | individual; TASHA LEAVY, an
   | individual; PAMELA LUCAS, an
22 | individual; KATIE MARTIN, an
   | individual; SHARON MASON, an
23 | individual; CALLENA MAUPIN, an
   | individual; MICHELLE MCMILLIAN, an
24 | individual; DAYANITA MEDJESKY, an
   | individual; CRYSTAL MEYER, an
25 | individual; TONI MEZA, an individual;
   | STEPHANY MILLER, an individual;
26 | KATHERINE MOCZULSKI, an
   | individual; BETHANY MORGAN, an
27 | individual; ANA PADILLA, an individual;
   | BRENDA B. PEREZ, an individual;
28 | DIANA PLUMMER, an individual;

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

385879v1                DISCLOSURE STATEMENT                                CASE NO.

| | |
|---|---|
| 1 | LATOSHA PREVOST, an individual; JULIE ROBLES, an individual; SYLVIA SANDOVAL, an individual; SHANELL SHEARD, an individual; SHERI SIMS, an individual; HELEN SMITH, an individual; JORETH SPANN, an individual; KAMIKA SPENCER, an individual; HEATHER SPURRIER, an individual; REBECCA STAHL, an individual; KATIE TANIS, an individual; ANTONIA THOMAS, an individual; BRITNEY VALEAD, an individual; ERICA VALENTIN, an individual; KRISTIN WALSH-MONTANEZ, an individual; EMILIA WILLIAMS, an individual; REBECCA WORKMAN, an individual; MELISSA ZALES, an individual, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Plaintiffs,   v. |
| 11 | ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP. and DOES 1-500, inclusive, |
| 12 | |
| 13 | |
| 14 | Defendants. |
| 15 | |
| ... | |
| 28 | |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

385879v1

DISCLOSURE STATEMENT                                                         CASE NO.

1  Pursuant to Federal Rule of Civil Procedure. 7.1, defendant Ortho-McNeil
2  Pharmaceutical, Inc. submits the following disclosure statement: Ortho-McNeil
3  Pharmaceutical, Inc. is a wholly owned subsidiary of Johnson & Johnson.

4

5  Dated: June 29, 2007                           DRINKER BIDDLE & REATH

6

7                                                 /s/ Brenda Buonaiuto
8                                                 BRENDA N. BUONAIUTO
                                                  Attorneys for Defendants
9                                                 ORTHO-MCNEIL PHARMACEUTICAL,
                                                  INC. and MCKESSON CORPORATION
10

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

1

DISCLOSURE STATEMENT                                                      CASE NO.