| | |
|---|---|
| 1 | CHARLES F. PREUSS (State Bar No. 45783) |
| | BRENDA N. BUONAIUTO (State Bar No. 173919) |
| 2 | DRINKER BIDDLE & REATH LLP |
| | 50 Fremont Street, 20th Floor |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 591-7500 |
| 4 | Facsimile: (415) 591-7510 |
| 5 | Attorneys for Defendants |
| | ORTHO-MCNEIL PHARMACEUTICAL, INC. |
| 6 | and MCKESSON CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JENIFER ARGENBRIGHT, an individual; BERLINE BROWN, an individual; JENNIFER BURGOS, an individual; TAMANDA CLAY, an individual; TAMEKIA COOPER, an individual; KIYANA DORSEY, an individual; VALENCIA DOWDY, an individual; PATRICIA EMBURY, an individual; TENILLE EVANS, an individual; MARTHA GREENWALT, an individual; BRANDY HEBERT, an individual; YOLANDA HENDERSON, an individual; RAINA HENNING, an individual; AMY HERNANDEZ, an individual; CARRISA HODGES, an individual; ALIKE JASON, an individual; CHRISTIE JENNINGS, an individual; KAYLA JOHNSON, an individual; REBECCA KLAHS, an individual; NANCY LAMPKA, an individual; TASHA LEAVY, an individual; PAMELA LUCAS, an individual; KATIE MARTIN, an individual; SHARON MASON, an individual; CALLENA MAUPIN, an individual; MICHELLE MCMILLIAN, an individual; DAYANITA MEDJESKY, an individual; CRYSTAL MEYER, an individual; TONI MEZA, an individual; STEPHANY MILLER, an individual; KATHERINE MOCZULSKI, an individual; BETHANY MORGAN, an individual; ANA PADILLA, an individual; BRENDA B. PEREZ, an individual; DIANA PLUMMER, an individual; LATOSHA PREVOST, an individual;

Case No. C 07 3423 EDL

**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**
**[CIV. L.R. 3-13]**

| | |
|---|---|
| 1 | JULIE ROBLES, an individual; SYLVIA SANDOVAL, an individual; SHANELL SHEARD, an individual; SHERI SIMS, an individual; HELEN SMITH, an individual; JORETH SPANN, an individual; KAMIKA SPENCER, an individual; HEATHER SPURRIER, an individual; REBECCA STAHL, an individual; KATIE TANIS, an individual; ANTONIA THOMAS, an individual; BRITNEY VALEAD, an individual; ERICA VALENTIN, an individual; KRISTIN WALSH-MONTANEZ, an individual; EMILIA WILLIAMS, an individual; REBECCA WORKMAN, an individual; MELISSA ZALES, an individual, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Plaintiffs, |
| 10 | |
| 11 | v. |
| 12 | ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP. and DOES 1-500, inclusive, |
| 13 | |
| 14 | Defendants. |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

385876v1    NOTICE OF PENDENCY                                    CASE NO.

Pursuant to Civil L.R. 3-13, defendants Ortho-McNeil Pharmaceutical, Inc. ("OMP") and McKesson Corporation ("McKesson) (collectively "Defendants") submit the following Notice of Pendency of Other Action or Proceeding:

On March 1, 2006, the Judicial Panel on Multidistrict Litigation ("JPML") created MDL 1742, *In re Ortho Evra Products Liability Litigation*, ruling that all federal actions involving allegations of injury or death from use of the prescription drug Ortho Evra® be centralized for pre-trial purposes in the United States District Court for the Northern District of Ohio, before the Honorable David A. Katz, Case Number 1:06-CV-40000-DAK. To date, over 500 cases have been transferred to MDL 1742, and transfers of additional "tag-along" actions are pending. Defendants have requested that this action be deemed a "tag-along" and transferred to MDL No. 1742. Pursuant to Civil L.R. 3-13, defendants therefore respectfully request that this Court stay this action, pending transfer to the MDL, to achieve the judicial economies that underlie 28 U.S.C. Section 1407 (Multi-District Litigation Procedures) and to avoid conflicts, conserve resources, and promote an efficient determination of the action.

Please take notice that, in addition to MDL No. 1742, the following state court actions also allege product liability claims against defendant Ortho-McNeil Pharmaceutical, Inc. and/or other Johnson & Johnson companies related to use of the prescription drug Ortho Evra®:

1. *In re Ortho Evra Birth Control Patch Litigation*, Superior Court of New Jersey, Middlesex County, Case No. 275. To date, over 350 cases have been filed in the Superior Court of New Jersey;

2. *Ablin, Liz, et al. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.; Alza Corporation; and Does 1 through 10, Inclusive*, Superior Court of California, County of Los Angeles, Case No. BC-06-365729;

3. *Barnes, Sara, et al. v. Johnson & Johnson; Ortho-McNeil Pharmaceutical, Inc; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.; Alza*

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

381300v1

NOTICE OF PENDENCY

1

CASE NO.

*Corporation, a Delaware Corporation; McKesson Corp.; and Does 1-500, Inclusive,* Superior Court of California, County of Los Angeles, Case No. 07-BC366176;

4.  *Bouchard, Brianna R., et al. v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil Pharmaceutical, Inc.; and Does 1-50, Inclusive,* Superior Court of California, County of Los Angeles, Case No. BC-06-357282;

5.  *Bryant, Cynthia v. Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.; Lisa P. Otey, M.D.; Kelsey-Seybold Medical Group, P.A.; Kelsey-Seybold Clinic Woman's Center; and St. Luke's Episcopal Health System Corporation,* Circuit District Court of Harris County, Texas, Case No. 2007-16676;

6.  *Christopher, Audrey, et al. v. Little Company of Mary Health Services; Providence Health System-Southern California; David F. Morgan, M.D.; Gerald I. Wasserwald, M.D.; Robert D. Swift, M.D.; Bernard L. Ullman, M.D.; Robert Bates, D.C.; Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C. fka R.W. Johnson Pharmaceutical Research Institute; and Does 1 to 100, Inclusive,* Superior Court of California, County of Los Angeles, Case No. YC-06-053282;

7.  *Christopher-Justice, Kai, et al. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.; Alza Corporation; and Does 1-10, Inclusive,* Superior Court of California, County of Los Angeles, Case No. BC-07-366885;

8.  *Czubernat, Ashley v. Alza, a Delaware corporation; Johnson & Johnson Pharmaceutical Research & Development L.L.C.., a New Jersey corporation; Johnson & Johnson, a New Jersey corporation; Ortho-McNeil Pharmaceutical, Inc., a New Jersey corporation; and Does 1-25, inclusive,* Superior Court of California, County of San Diego, Case Number GIC-872176-06;

9.  *Faulkner, Raquel v. Ortho-McNeil Pharmaceutical, Inc.; Johnson &*

1  *Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C. f/k/a*
2  *R.W. Johnson Institute; Stanley L. Smith, Jr., M.D.; Stanley L. Smith, Jr., M.D. P.C.;*
3  *Methodist Healthcare; Methodist Healthcare Memphis Hospitals, d/b/a, Methodist*
4  *Germantown; Norberto R. Rojas, M.D.; and Medical Anesthesia Group, A Professional*
5  *Association*, Circuit Court of Shelby County, Tennessee, Case No. CI-005867-06;

6  10. *Galvan, Tina Marie, et al. v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil Pharmaceutical, Inc.; and Does 1-50, Inclusive*, Superior Court of California, County of Los Angeles, Case No. BC-07-367849;

10 11. *Gonzalez, Cariba, et al. v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil Pharmaceutical, Inc.; and Does 1-50, Inclusive*, Superior Court of California, County of Los Angeles, Case No. BC-06-363800;

14 12. *Greene, Stephanie v. Planned Parenthood Federation America, Inc.; Planned Parenthood of Wisconsin, Inc.; Johnson & Johnson; Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson Pharmaceutical Research and Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; and Organon USA, Inc.*, Circuit Court of Milwaukee County, State of Wisconsin, Cause No. 06-9081;

19 13. *Hale, Ronald and Hale, Johnna, Individually and as Next of Friend and Special Administrators of the Estate of Jalisa K. Hale, deceased v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; Dr. Elisa Crouse, O.B.G.Y.N., Doctor Does 1-5; Corporate Does 1-5; and John and/or Jane Does 1-5*, District Court of Oklahoma County, State of Oklahoma, Case No. 06-7403;

25 14. *Hernandez, Ruth, et al. v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil Pharmaceutical, Inc.; and Does 1-50, Inclusive*, Superior Court of California, County of Los Angeles, Case No. BC-07-357282;

15. *Hunt, Tracy v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; and Johnson & Johnson Pharmaceutical Research and Development, L.L.C., f/k/a R.W. Johnson Pharmaceutical Research Institute*, Third Judicial Circuit, Madison County, Illinois, Cause No. 0193-06;

16. *Kennedy, Bridget, as Administratrix of the Estate of Zakiya Kennedy v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; and Ortho-McNeil Pharmaceutical, Inc.*, New York Supreme Court, County of New York, Case No. 106921-05;

17. *Lewis, Bintha as Representative of the Estate of Ashley Lewis v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; and Ortho-McNeil Pharmaceutical, Inc.*, Circuit Court of the City of St. Louis, State of Missouri, Case No. 052-11741;

18. *Malcolm, Wanna, et al. v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil Pharmaceutical, Inc.; and Does 1-50, Inclusive*, Superior Court of California, County of Los Angeles, Case No. BC-06-361709;

19. *Maldonado, Nina v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza, Inc.; and Ortho-McNeil Pharmaceutical, Inc.*, State Court of Minnesota, County of Dakota;

20. *McNichols, Jennifer v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.; Ortho-McNeil Pharmaceutical, Inc.; and Walgreen's Co.*, Third Judicial Circuit, Madison County, IL, Case No. 06-L-69;

21. *Moore, Brooke and Scotti, John, her husband v. Johnson & Johnson, Inc. and Ortho-McNeil Pharmaceutical, Inc., foreign corporations authorized to do business in the State of New York*, Supreme Court of New York, Suffolk County, Case No. 06-35514;

22. *Nance, Patrice v. Johnson & Johnson; Johnson & Johnson Pharmaceutical*

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

#385876 v1

NOTICE OF PENDENCY

4

CASE NO.

1  *Research and Development, L.L.C.; and Ortho-McNeil Pharmaceutical, Inc.*, State of
2  New Mexico, County of Bernalillo, Second Judicial District, Case No. CV2007-000123;

3       23. *Neal, Miriam v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson*
4  *Corporation; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.;*
5  *Fulton-Dekalb Hospital Authority d/b/a Grady Health Systems; The Emory Clinic, Inc.;*
6  *Emory University, Inc.; Morehouse Medical Associates, Inc.; Morehouse Medical School*
7  *Inc.; Hugh Randall, M.D.; John/Jane Does 1-10; and ABC Corps. 1-5*, Court of Dekalb
8  County, Georgia, Civil Action No. 06A-54270-2;

9       24. *Pierson, Jaime, et al. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson &*
10 *Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza*
11 *Corporation; and Does 1 through 10, Inclusive*, Superior Court of the State of California,
12 County of Los Angeles, Case No. BC-372341;

13      25. *Prasad, Kristin, et al. v. Johnson & Johnson; Johnson & Johnson*
14 *Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil*
15 *Pharmaceutical, Inc.; and Does 1-50*, Superior Court of California, County of Santa
16 Clara, Case No. 1-07-CV-78895;

17      26. *Randall, Terri v. Ortho-McNeil Pharmaceutical Inc., a Delaware*
18 *Corporation; McKesson Corp.; and Does 1-500, Inclusive*, Superior Court of the State of
19 California, County of San Francisco, Case No. CGC-07-463332;

20      27. *Ruiz, Aliesha v. Johnson & Johnson; Johnson & Johnson Pharmaceutical*
21 *Research & Development, L.L.C.; and Ortho-McNeil Pharmaceutical, Inc.*, State of New
22 Mexico, County of Bernalillo, Second Judicial District, Case No. CV2007 004933;

23      28. *Sanchez, Gloria, et al. v. Johnson & Johnson; Johnson & Johnson*
24 *Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil*
25 *Pharmaceutical, Inc.; McKesson Corporation; and Does 1-50, Inclusive*, Superior Court
26 of California, County of San Francisco, Case No. CGC-06-458689;

27      29. *Soleymani, Renee, et al. v. Johnson & Johnson; Johnson & Johnson;*
28 *Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation;*

1  *and Does 1 through 10, Inclusive*, Superior Court of the State of California, Los Angeles County, Case No. BC-372034;

2  30. *Taylor-Rodriguez, Jean M. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; and Does 1 through 10, Inclusive*, Superior Court of California, County of Stanislaus, Case No. 613038;

31. *Theis, Jill, et al. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; and Walgreen Co.*, Third Judicial Circuit, Madison County, Illinois, Cause No. 2006-L-784;

32. *Tinker, Cyrille v. Johnson & Johnson, Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil Pharmaceutical, Inc.; and Does 1 through 100*, Supreme Court of the State of New York, County of New York, Case No. 07-107410;

33. *Trager, Nikole v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; and Does 1 through 10, Inclusive*, Superior Court of California, County of San Diego, Case No. GIC-880407; and

34. *Watkins, Carrie L. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; Wisconsin Injured Patients and Families Compensation Fund; Dr. Robert E. Williams; Midwest Medical Insurance Company; and United Healthcare Insurance Company*, Wisconsin Superior Court, Milwaukee County, Civil Action No. 06-1407.

Dated: June 29, 2007

DRINKER BIDDLE & REATH

*/s/ Brenda N. Buonaiuto*

BRENDA N. BUONAIUTO
Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC. and MCKESSON CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

#385876 v1

NOTICE OF PENDENCY                                                      CASE NO.