| | |
|---|---|
| 1 | CHARLES F. PREUSS (State Bar No. 45783) |
| | BRENDA N. BUONAIUTO (State Bar No. 173919) |
| 2 | DRINKER BIDDLE & REATH LLP |
| | 50 Fremont Street, 20th Floor |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 591-7500 |
| 4 | Facsimile: (415) 591-7510 |
| 5 | Attorneys for Defendants |
| | ORTHO-MCNEIL PHARMACEUTICAL, INC. |
| 6 | and MCKESSON CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EDL

JENIFER ARGENBRIGHT, an individual; BERLINE BROWN, an individual; JENNIFER BURGOS, an individual; TAMANDA CLAY, an individual; TAMEKIA COOPER, an individual; KIYANA DORSEY, an individual; VALENCIA DOWDY, an individual; PATRICIA EMBURY, an individual; TENILLE EVANS, an individual; MARTHA GREENWALT, an individual; BRANDY HEBERT, an individual; YOLANDA HENDERSON, an individual; RAINA HENNING, an individual; AMY HERNANDEZ, an individual; CARRISA HODGES, an individual; ALIKE JASON, an individual; CHRISTIE JENNINGS, an individual; KAYLA JOHNSON, an individual; REBECCA KLAHS, an individual; NANCY LAMPKA, an individual; TASHA LEAVY, an individual; PAMELA LUCAS, an individual; KATIE MARTIN, an individual; SHARON MASON, an individual; CALLENA MAUPIN, an individual; MICHELLE MCMILLIAN, an individual; DAYANITA MEDJESKY, an individual; CRYSTAL MEYER, an individual; TONI MEZA, an individual; STEPHANY MILLER, an individual; KATHERINE MOCZULSKI, an individual; BETHANY MORGAN, an individual; ANA PADILLA, an individual; BRENDA B. PEREZ, an individual; DIANA PLUMMER, an individual; LATOSHA PREVOST, an individual;

Case No.

C 07 3423

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**[CIV. L.R. 3-16]**

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | JULIE ROBLES, an individual; SYLVIA SANDOVAL, an individual; SHANELL SHEARD, an individual; SHERI SIMS, an individual; HELEN SMITH, an individual; JORETH SPANN, an individual; KAMIKA SPENCER, an individual; HEATHER SPURRIER, an individual; REBECCA STAHL, an individual; KATIE TANIS, an individual; ANTONIA THOMAS, an individual; BRITNEY VALEAD, an individual; ERICA VALENTIN, an individual; KRISTIN WALSH-MONTANEZ, an individual; EMILIA WILLIAMS, an individual; REBECCA WORKMAN, an individual; MELISSA ZALES, an individual,<br><br>                    Plaintiffs,<br><br>    v.<br><br>ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP. and DOES 1-500, inclusive,<br><br>                    Defendants. |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

385875v1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                        CASE NO.

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following
2  listed persons, associations of persons, firms, partnerships, corporations (including parent
3  corporations) or other entities (i) have a financial interest in the subject matter in
4  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that
5  subject matter or in a party that could be substantially affected by the outcome of this
6  proceeding: Defendant Ortho-McNeil Pharmaceutical, Inc. is a wholly owned subsidiary
7  of Johnson & Johnson.

9  Dated: June 29, 2007                    DRINKER BIDDLE & REATH

                                            /s/ Brenda Buonaiuto
                                            BRENDA N. BUONAIUTO
                                            Attorneys for Defendants
                                            ORTHO-MCNEIL PHARMACEUTICAL,
                                            INC. and MCKESSON CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                    CASE NO.