1  CHARLES F. PREUSS (State Bar No. 45783)
   BRENDA N. BUONAIUTO (State Bar No. 173919)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   ORTHO-MCNEIL PHARMACEUTICAL, INC.
6  and MCKESSON CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 JENIFER ARGENBRIGHT, an individual;        Case No. C 07 3423
   BERLINE BROWN, an individual;
12 JENNIFER BURGOS, an individual;
   TAMANDA CLAY, an individual;               **CERTIFICATE OF SERVICE**
13 TAMEKIA COOPER, an individual;
   KIYANA DORSEY, an individual;
14 VALENCIA DOWDY, an individual;
   PATRICIA EMBURY, an individual;
15 TENILLE EVANS, an individual;
   MARTHA GREENWALT, an individual;
16 BRANDY HEBERT, an individual;
   YOLANDA HENDERSON, an individual;
17 RAINA HENNING, an individual; AMY
   HERNANDEZ, an individual; CARRISA
18 HODGES, an individual; ALIKE JASON,
   an individual; CHRISTIE JENNINGS, an
19 individual; KAYLA JOHNSON, an
   individual; REBECCA KLAHS, an
20 individual; NANCY LAMPKA, an
   individual; TASHA LEAVY, an individual;
21 PAMELA LUCAS, an individual; KATIE
   MARTIN, an individual; SHARON
22 MASON, an individual; CALLENA
   MAUPIN, an individual; MICHELLE
23 MCMILLIAN, an individual; DAYANITA
   MEDJESKY, an individual; CRYSTAL
24 MEYER, an individual; TONI MEZA, an
   individual; STEPHANY MILLER, an
25 individual; KATHERINE MOCZULSKI,
   an individual; BETHANY MORGAN, an
26 individual; ANA PADILLA, an individual;
   BRENDA B. PEREZ, an individual;
27 DIANA PLUMMER, an individual;
   LATOSHA PREVOST, an individual;
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

---

CERTIFICATE OF SERVICE                                              CASE NO.

1  JULIE ROBLES, an individual; SYLVIA
   SANDOVAL, an individual; SHANELL
2  SHEARD, an individual; SHERI SIMS, an
   individual; HELEN SMITH, an individual;
3  JORETH SPANN, an individual;
   KAMIKA SPENCER, an individual;
4  HEATHER SPURRIER, an individual;
   REBECCA STAHL, an individual; KATIE
5  TANIS, an individual; ANTONIA
   THOMAS, an individual; BRITNEY
6  VALEAD, an individual; ERICA
   VALENTIN, an individual; KRISTIN
7  WALSH-MONTANEZ, an individual;
   EMILIA WILLIAMS, an individual;
8  REBECCA WORKMAN, an individual;
   MELISSA ZALES, an individual,
9
                Plaintiffs,
10
        v.
11
   ORTHO-MCNEIL PHARMACEUTICAL,
12 INC., a Delaware Corporation;
   MCKESSON CORP. and DOES 1-500,
13 inclusive,

14              Defendants.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

CERTIFICATE OF SERVICE                                          CASE NO.

# CERTIFICATE OF SERVICE

I, GLORIA CADENA, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On June 29, 2007, I caused to be served the following document(s):

1. **CIVIL COVER SHEET;**

2. **NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) [DIVERSITY];**

3. **DECLARATION OF BRENDA N. BUONAIUTO IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (b) [DIVERSITY];**

4. **DISCLOSURE STATEMENT OF MCKESSON CORPORATION [F.R.C.P. 7.1];**

5. **DISCLOSURE STATEMENT OF ORTHO-MCNEIL PHARMACEUTICAL, INC. [F.R.C.P. 7.1];**

6. **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIV. L.R. 3-16];**

7. **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING [CIV. L.R. 3-13];**

8. **DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL.**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☐ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☑ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile

| | |
|---|---|
| Sonia Tandon, Esq.<br>LAW OFFICES OF SHAWN KHORRAMI<br>14550 Haynes Street, Third Floor<br>Van Nuys, CA 91411<br>Telephone: (818) 947-5111<br>Facsimile: (818) 947-5121<br>Attorneys for Plaintiffs | Brian Kabateck, Esq.<br>KABATECK BROWN KELLNER LLP<br>350 S. Grand Avenue, 39th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 217-5000<br>Facsimile: (213) 217-5010<br>Attorneys for Plaintiffs |

1  transmission and mail as indicated above.

Michael S. Burg, Esq.
Seth A. Katz, Esq.
BURG SIMPSON ELDREDGE HERSH JARDINE PC
40 Inverness Drive East
Denver, CO 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527
Attorneys for Plaintiffs

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 29, 2007 at San Francisco, California.

*/s/ Gloria Cadena*
GLORIA CADENA