```
 1  SHAWN KHORRAMI SBN 180411
    DYLAN POLLARD, ESQ., SBN 180306
 2  SONIA TANDON, ESQ., SBN 239614
    KHORRAMI POLLARD & ABIR, LLP
 3  444 S. Flower Street, 33rd Floor
    Los Angeles, California 90071
 4  Telephone:  (213) 596-6000
    Facsimile:   (213) 596-6010
 5  email: skhorrami@khorrami.com

 6  BRIAN KABATECK, ESQ., SBN 152054
    RICHARD KELLNER, ESQ., SBN 171416
 7  KABATECK BROWN KELLNER, LLP
    644 South Figueroa Street
 8  Los Angeles, CA 90017
    Telephone: (213) 217-5000
 9  Facsimile:   (213) 217-5010
    email: bsk@kbklawyers.com
10
    MICHAEL S. BURG, ESQ.
11  SETH A. KATZ, ESQ.
    JANET G. ABARAY, ESQ.
12  BURG SIMPSON ELDREDGE HERSH JARDINE PC
    40 Inverness Drive East
13  Denver, CO 80112
    Telephone: (303) 792-5595
14  Facsimile: (303) 708-0527

15
    Attorney for Plaintiffs
16

17
                UNITED STATES DISTRICT COURT
18              NORTHERN DISTRICT OF CALIFORNIA
                   SAN FRANCISCO DIVISION
19

20  _____

21  JENIFER ARGENBRIGHT, an          )  Case No: 3:07-cv-03423-EDL
    individual; BERLINE BROWN, an    )
22  individual;  JENNIFER BURGOS, an )
    individual; AMANDA CLAY, an      )  NOTICE OF CHANGE OF FIRM
23  individual; TAMEKIA COOPER, an   )  NAME, ADDRESS AND
    individual; KIYANA DORSEY, an    )  TELEPHONE NUMBERS
24  individual; VALENCIA DOWDY, an   )
    individual; PATRICIA EMBURY, an  )
25  individual; TENILLE EVANS, an    )
    individual; MARTHA GREENWALT,    )
26  an individual; BRANDY HEBERT, an )
    individual; YOLANDA HENDERSON,   )
27  an individual; RAINA HENNING, an )
    individual; AMY HERNANDEZ, an    )
28  individual; CARRISA HODGES, an   )
```

1  individual; ALIKE JASON, an individual; CHRISTIE JENNINGS, an
2  individual; KAYLA JOHNSON, an individual; REBECCA KLAHS, an
3  individual; NANCY LAMPKA, an individual; TASHA LEAVY, an
4  individual; PAMELA LUCAS, an individual; KATIE MARTIN, an
5  individual; SHARON MASON, an individual; CALLENA MAUPIN, an
6  individual; MICHELLE MCMILLIAN, an individual; DAYANITA
7  MEDJESKY, an individual; CRYSTAL MEYER, an individual; TONI MEZA,
8  an individual; STEPHANY MILLER, an individual; KATHERINE
9  MOCZULSKI, an individual; BETHANY MORGAN, an individual;
10 ANA PADILLA, an individual; BRENDA B. PEREZ, an individual;
11 DIANA PLUMMER, an individual; LATOSHA PREVOST, an individual;
12 JULIE ROBLES, an individual; SYLVIA SANDOVAL, an individual;
13 SHANELL SHEARD, an individual; SHERI SIMS, an individual; HELEN
14 SMITH, an individual; JORETH SPANN, an individual; KAMIKA
15 SPENCER, an individual; HEATHER SPURRIER, an individual; REBECCA
16 STAHL, an individual; KATIE TANIS, an individual; ANTONIA THOMAS, an
17 individual; BRITNEY VALEAD, an individual; ERICA VALENTIN, an
18 individual; KRISTIN WALSH-MONTANEZ, an individual; EMILIA
19 WILLIAMS, an individual; REBECCA WORKMAN, an individual; MELISSA
20 ZALES, an individual;
          Plaintiffs
21
          v.
22
23 ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON
24 CORP and DOES 1-500, inclusive,

25        Defendants

26
27
28

NOTICE OF CHANGE OF FIRM NAME, ADDRESS AND TELEPHONE NUMBERS

TO THIS HONORABLE COURT, AND TO ALL PARTIES BY AND THROUGH THEIR ATTORNEYS OF RECORDS:

PLEASE TAKE NOTICE THAT effective immediately, Plaintiffs' counsel have changed their firm name from The Law Offices of Shawn Khorrami to Khorrami Pollard & Abir, LLP, and have moved their office. The new contact information is as follows:

Khorrami Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, CA 90071
(T) (213) 596-6000
(F) (213) 596-6010

Dated: August 17, 2007

KHORRAMI POLLARD & ABIR, LLP

_____
SHAWN KHORRAMI, ESQ.
*Attorney for Plaintiff*

---

3
NOTICE OF CHANGE OF FIRM NAME ADDRESS AND TELEPHONE NUMBERS

<h2>PROOF OF SERVICE</h2>
<h3>STATE OF CALIFORNIA</h3>

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 444 S. Flower Street, 33rd Floor, Los Angeles, CA 90071.

On August 17, 2007, I served the foregoing:

**NOTICE OF CHANGE OF FIRM NAME, ADDRESS AND TELEPHONE NUMBERS**

on the parties below by enclosing a copy in a sealed envelope addressed:

CHARLES F. PREUSS
BRENDA N. BUONAIUTO
MATTHEW P. SMITH
DRINKER BIDDLE & REATH LLP
50 Fremont Street,
20th Floor
San Francisco, CA 94105

/ X /  ( MAIL)     I placed the envelope for collection and mailing on the date shown above, at this office, in Los Angeles, California, following our ordinary business practices.

I am readily familiar with this office's practice of collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in a sealed envelope with postage fully prepaid.

/   /  (BY PERSONAL SERVICE)    I delivered such envelope by hand to the above-named counsel of record.

/ /     (STATE)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/ X /(FEDERAL)I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 17, 2007, at Los Angeles, California.

_____
KIMIA SEHATI