**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

2007 AUG 31  PM 1: 08

www.cand.uscourts.gov

CLERK U.S. DISTRICT COURT
General Court Number
415-522-2000 OHIO

Richard W. Wieking
Clerk

August 21, 2007

FILED

3:07oe40505

*Via Certified Mail*

SEP    2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE DAVID A. KATZ

United States District Court
Northern District of Ohio
Office of the Clerk
114 United States Courthouse
1716 Spielbusch Avenue
Toledo, Ohio 43624-1347

## RE:  JENIFER ARGENBRIGHT, et al. -v- ORTHO-MCNEIL PHARMACEUTICAL, INC., et al.
### Case Number: C-07-3423-EDL

Dear Clerk,

Pursuant to an *order transferring* the above captioned case to your court, transmitted herewith are:

☒    Certified copy of docket entries.

☒    Certified copy of Transferral Order.

☒    Original case file documents.

☒    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by:  Thelma Nudo
Deputy Clerk

Enclosures
Copies to counsel of record